```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 18816
   MARLON L MERRIWEATHER
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-3065

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 05/11/2005 and was confirmed 07/21/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

      The case was paid in full 09/08/2008.
--------------------------------------------------------------------------------
  CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                 PAID          PAID
--------------------------------------------------------------------------------
  NATIONAL AUTO FINANCE CO  SECURED              13325.00       2477.86      13325.00
  NATIONAL AUTO FINANCE CO  UNSECURED             3313.27         .00          331.33
  AT & T BANKRUPCTY         UNSECURED            NOT FILED        .00             .00
  CAPITAL ONE               UNSECURED             1214.13         .00          121.41
  ECAST SETTLEMENT CORP     UNSECURED              705.87         .00           70.59
  LITTLE CO MARY HOSPITAL   UNSECURED            NOT FILED        .00             .00
  LITTLE COMPANY OF MARY H  NOTICE ONLY          NOT FILED        .00             .00
  MEMBERS ADVANTAGE CREDIT  UNSECURED             2147.85         .00          214.79
  MEMBERS ADVANTAGE         NOTICE ONLY          NOT FILED        .00             .00
  MONEY MARKET PAY DAY EXP  UNSECURED            NOT FILED        .00             .00
  NATIONWIDE ACCEPTANCE~    UNSECURED              175.79         .00           17.58
  SAFECO INS                UNSECURED            NOT FILED        .00             .00
  UNIVERSAL LENDERS INC     UNSECURED             1626.71         .00          162.67
  MONEY MARKET PAY DAY EXP  UNSECURED            NOT FILED        .00             .00
  THE LOAN MACHINE          UNSECURED            NOT FILED        .00             .00
  CAPITAL ONE               UNSECURED              969.97         .00           97.00
  ZALUTSKY & PINSKI LTD     REIMBURSEMENT          194.00         .00          194.00
  ECAST SETTLEMENT CORP     UNSECURED              360.25         .00           36.03
  ZALUTSKY & PINSKI LTD     DEBTOR ATTY           2,700.00                   2,700.00
  TOM VAUGHN                TRUSTEE                                           1,237.35
  DEBTOR REFUND             REFUND                                                1.39

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
  TRUSTEE              20,987.00

  PRIORITY                                       194.00
  SECURED                                     13,325.00
     INTEREST                                  2,477.86
  UNSECURED                                    1,051.40

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 18816 MARLON L MERRIWEATHER
```

```
ADMINISTRATIVE                                                2,700.00
TRUSTEE COMPENSATION                                          1,237.35
DEBTOR REFUND                                                     1.39
                                       ---------------    ---------------
TOTALS                                       20,987.00          20,987.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 12/22/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                         PAGE   2
         CASE NO. 05 B 18816 MARLON L MERRIWEATHER